| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-22911-JNP |
| In re: Jennifer Jacqueline Savery,<br><br>*Debtor*. | Chapter:<br><br>Judge: | 13<br><br>Poslusny |

**Application for Wage Order**

Debtor Jennifer Jacqueline Savery, through her attorney, hereby applies for an order directing her employer to pay the chapter 13 trustee through her wages, and requests that it be entered in the form of order attached.

Date: November 15, 2026

/s/ Michael I. Assad
Michael I. Assad
Attorney for Debtor